

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00108-CV

**IN THE INTEREST OF N.I.V.S**. and M.C.V.S., Minor Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20008
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.  Costs of the appeal are taxed against appellant Dino Villarreal.

SIGNED March 11, 2015.

_____
Rebeca C. Martinez, Justice